

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEREMY RASKIEWICZ, | CV 14–257–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| UNITED STATES, | |
| Defendants. | |

United States Magistrate Judge Jeremiah Lynch entered his Findings and Recommendation on October 23, 2014, recommending denial of Raskiewicz's motion to proceed in forma pauperis. Judge Lynch recommends denial based on his findings that Raskiewicz's application is insufficient due to his failure to file a copy of his inmate trust account statement as required by 28 U.S.C. § 1915(a)(2) and that Raskiewicz's allegations are nonsensical and frivolous. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368 (9th Cir. 1987). "A district court may deny leave to proceed in forma pauperis at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Id.* At 1370. Raskiewicz is not entitled to a ten-day period to object. *See Minetti v. Port of Seattle*, 152 F.3d 1113, 1114 (9th Cir. 1998) (per curiam). The Court adopts

Judge Lynch's Findings and Recommendation in full.

Raskiewicz's "Petition for Redress" (Doc. 1) appears to request immediate release from detainment following notification of the President of the United States, State agencies, and the public. He also appears to be requesting a Veteran's identification card and full pension. These factual allegations do not raise any statutory or constitutional authority that the Court is aware of that would authorize the granting of relief. Raskiewicz has a history of filing repetitive, frivolous lawsuits. It appears from the face of the proposed Complaint that this action is also frivolous.

IT IS ORDERED that Judge Lynch's Findings and Recommendation (Doc. 3) are ADOPTED IN FULL. Raskiewicz's motion to proceed in forma pauperis (Doc. 2) is DENIED. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff. This case is CLOSED.

Dated this 31st day of October, 2014.

Dana L. Christensen, Chief Judge
United States District Court